## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

Jack Derrick Miller
Attorney at Law
P. O. Box 1650
Crowley LA 70526

**REHEARING ACTION: August 3, 2016**

**Docket Number: 16   00093-CA**

**HEATHER LYNN CARMICHAEL**
**VERSUS**
**RAY BRADLEY BROOKS**

**Appealed from St. Landry Parish Case No. 12-C-0845-C**

**BEFORE JUDGES**:

   **Hon. John D. Saunders**
   **Hon. Billy Howard Ezell**
   **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Heather Lynn Carmichael** has this day been

   **DENIED.**  The application for rehearing was not filed timely.

cc: Alisa Ardoin Gothreaux, Counsel for the Appellant